CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**<br><br>Plaintiff,<br><br>v.<br><br>**Alberto S. Guzman,** Trustee;<br>**Ana Virginia Guzman,** Trustee;<br>**MBAL, LLC,** a California Limited<br>Liability Company; and Does 1-10,<br><br>Defendants. | **Case: 3:16-CV-05105-VC**<br><br>**Motion for Administrative Relief Requesting Extension of Time to Complete Service on Defendants Alberto S. Guzman and Ana Virginia Guzman**<br><br>The Honorable Vince Chhabria |

Through its attorney of record, Plaintiff Scott Johnson, moves the Court as follows:

1. On September 5, 2016, Scott Johnson filed a Complaint naming Alberto S. Guzman, Ana Virginia Guzman, and MBAL, LLC, as Defendants;

2. Between September 13, 2016 and October 21, 2016, nearly a dozen unsuccessful attempts were made to both personally and substitute serve Defendant Alberto S. Guzman;

1

3. Between September 14, 2016 and October 21, 2016, nearly a dozen unsuccessful attempts were made to both personally and substitute serve Defendant Ana Virginia Guzman;

4. On October 11, 2016, Notice of Acknowledgement of Receipt of Summons and Complaint was mailed to Alberto S. Guzman;

5. On November 7, 2016, Notice of Acknowledgement of Receipt of Summons and Complaint was mailed to Ana Virginia Guzman;

6. On November 9, 2016, Notices and Acknowledgement of Receipt of Summons and Complaint were sent to Jason Balogh, counsel for Defendants Alberto S. Guzman and Ana Virginia Guzman.

7. To date, signed Notices of Acknowledgment of Receipt of Summons and Complaint have not been received from Defendants Albert S. Guzman and Ana Virginia Guzman;

8. Pursuant to General Order 56, the deadline for completing service on Defendants Alberto S. Guzman and Ana V. Guzman was November 7, 2016;

9. Plaintiff has been unable to successfully serve Defendants Alberto S. Guzman and Ana Virginia Guzman in the time allotted.

10. Plaintiff hereby request that the Court extends the time to complete service to January 2, 2017.

11. Defense counsel for Defendants, Jason Balogh, does not oppose the granting of this motion.

Dated: December 1, 2016        By: /s/ Teresa Allen
                                     TERESA ALLEN
                                     Attorneys for Plaintiff