UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>       Plaintiff,<br><br>v.<br><br>ALBERTO S. GUZMAN, et al.,<br><br>       Defendants. | Case No. 16-cv-05105-VC<br><br>**ORDER RE MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 11 |

The deadline for service is 90 days. Fed. R. Civ. Pro. 4(m). General Order No. 56 doesn't alter this deadline; it allows a plaintiff to request an extension in the ADA site inspection and review schedule if service hasn't been completed "on all necessary defendants within 63 days." Gen. Order No. 56 at ¶ 1. Johnson's motion for administrative relief is therefore treated as a request under Rule 4(m), and the deadline for service is extended to January 2, 2017 for good cause shown.

Johnson has not sought an extension in the ADA site inspection and review schedule, so no extension is granted. If any party "wishes to be relieved of any requirement" of the general order for ADA actions, that party must file a motion for administrative relief explaining to the Court the reason for delay. *Id.* at ¶ 9.

Johnson must serve this Order on the defendants.

**IT IS SO ORDERED.**

Dated: December 13, 2016

VINCE CHHABRIA
United States District Judge